# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA                                    NO. 2026 KW 0142

VERSUS

MAURICE NALLS                                         **APRIL 20, 2026**

---

In Re:    Maurice Nalls, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge, No.
          07-07-0697.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

    **WRIT DENIED.** This court has consistently held that habeas
corpus is not available to contest the validity of a conviction or
to have a sentence set aside. Rather, such claims are considered
requests for postconviction relief. See **Runnels v. Louisiana
Department of Public Safety & Corrections**, 2023-0524 (La. App. 1st
Cir. 11/9/23), 2023 WL 7402418 (unpublished), writ denied, 2023-
01338 (La. 1/17/24), 377 So.3d 246. The application for
postconviction relief is untimely on its face, and relator failed
to meet his burden of proving an exception to the time limitation.
See La. Code Crim. P. art. 930.8(A). Accordingly, the district
court did not abuse its discretion by dismissing the application
for postconviction relief.

                          **WIL**
                          **EW**
                          **CHH**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
      FOR THE COURT